IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **BOBBY W. JOHNSON,** | ) | Civil Action No. 7:11cv00398 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **R. STONE,** | ) | By: Norman K. Moon |
| Defendant. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that Johnson's motion (Docket No. 2) to proceed in forma pauperis is **GRANTED**, this action shall be and hereby is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this Order and accompanying Memorandum Opinion to plaintiff.

**ENTER**: This 29th day of August, 2011.

_/s/ Norman K. Moon_
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE